UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
_____ DIVISION

FILED
2011 APR -5 A 8:56
CLERK
U.S. BANKRUPTCY COURT
_____
DEPUTY

IN RE: Ludgate Investments LLC.

CASE NO: _____

[Debtor Name]

# 11-30654

## PRO SE FILING QUESTIONNAIRE

(1) A. Did anyone assist you in completing your petition or schedules? no.

B. If so, please provide their name, address and phone number, if available.

(2) A. If someone assisted you, have you paid or promised to pay that person a fee for assisting you in filing this petition or completing forms? no.

B. If so, what amount did you pay or promise to pay?

(3) Other than in Question #2, have you paid or promised to pay anyone a fee in connection with filing this bankruptcy petition? no

*I declare under penalty of perjury that the foregoing is true and correct.*

Ludgate Investments LLC

_____
Signature of Pro Se Debtor(s)

manager 4/5/11