UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
TRIAL ATTORNEY
615 E. Houston, Rm. 533
P.O. Box 1539
San Antonio, TX 78295-1539
Telephone: (210) 472-4640
Fax: (210) 472-4649

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LUDGATE INVESTMENTS, LLC | § | CASE NO. 11-30654-HCM |
| | § | CHAPTER 11 |
| | § | |
| | § | Hearing Date:  None Requested |
| DEBTOR | § | |

**MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, JUDY A. ROBBINS, THE UNITED STATES TRUSTEE for Region 7 ("UST"), through the undersigned counsel, pursuant to 11 U.S.C. § 1112 and Local Bankruptcy Rule 1002 and respectfully moves for an order dismissing the case and represents as follows:

1.     This case was commenced upon the filing of a voluntary petition on April 5, 2011.  The petition shows that the debtor was not represented by an attorney when the case was filed.

2.     Local Bankruptcy Rule 1002 requires that non-individual debtors be represented by counsel with respect to all pleadings and hearings.  It further states that petitions filed *pro se* by entities other than individuals may be dismissed *sua sponte*.  Because the debtor does not currently have counsel, the debtor cannot act in this case, and the case should be dismissed.

3.     In the event of dismissal, the UST requests that the order provide for payment of any quarterly fees owed to the UST and any noticing fees owed to the Clerk of the Bankruptcy Court at the time of dismissal of the case.  28 U.S.C. § 1930.

WHEREFORE, the UST prays that the Court enter an order dismissing the case and for any and all further relief as is equitable and just.

Respectfully submitted,

JUDY A. ROBBINS
UNITED STATES TRUSTEE
REGION 7


By:    /s/Kevin M. Epstein
       Kevin M. Epstein
       Trial Attorney
       Texas Bar No. 00790647
       615 E. Houston St., Room 533
       P.O. Box 1539
       San Antonio, TX 78295-1539
       (210) 472-4640
       (210) 472-4649 Fax
       Kevin.m.epstein@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing MOTION OF THE UNITED STATES TRUSTEE TO DISMISS CASE, was served upon the parties on the attached service by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on this the 6th of April, 2011.


<u>/s/ Kevin M. Epstein</u>
Kevin M. Epstein
Trial Attorney

Label Matrix for local noticing
0542-3
Case 11-30654-hcm
Western District of Texas
El Paso
Wed Apr  6 16:00:39 CDT 2011

Ludgate Investments, LLC
105 Thoroughbred Ct.
Santa Teresa, NM 88008-9130

U.S. BANKRUPTCY COURT
P.O. BOX 971040
EL PASO, TX 79997-1040

Alex de La Cruz
1141 Ranger "A"
El Paso, TX 79907

Francisco J. Jayme
1613 N. Zaragoza
El Paso, TX 79936-5815

Lorenzo Hernandez
1141 Ranger "B"
El Paso, TX 79907

Pronto Mortgage
3737 Gateway East
El Paso, TX 79903

United States Trustee - EP12
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

End of Label Matrix
Mailable recipients      7
Bypassed recipients      0
Total                    7