**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 02, 2011.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LUDGATE INVESTMENTS, LLC | § § § § | CASE NO. 11-30654-HCM CHAPTER 11 |
| DEBTOR | § | |

ORDER DISMISSING CASE

UPON consideration of the United States Trustee's Motion to Dismiss Case (the "Motion"), it is hereby;

**ORDERED, that:**

1. The Motion is granted.

2. The case is dismissed.

3. Debtors shall pay within 10 days of the entry of this Order to the

United States Trustee at P.O. Box 530202, Atlanta, GA 30353-0202, the

appropriate quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6). The payment must reflect debtors' account number and be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee.

    4.    Debtors shall pay within 10 days of entry of this Order to the United States Bankruptcy Court any noticing fees which are due and payable from the estate pursuant to 28 U.S.C. §1930(b).

###

Submitted by:

Kevin M. Epstein
Trial Attorney
State Bar No. 00790647
615 E. Houston St., Room 533
P.O. Box 1539
San Antonio, TX 78295-1539
(210) 472-4640
(210) 472-4649 Fax