# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
### El Paso Division

**Bankruptcy Case No.:** 11–30654–hcm
**Chapter No.:** 11
**Judge:** H. Christopher Mott

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ludgate Investments, LLC
105 Thoroughbred Ct.
Santa Teresa, NM 88008
**SSN/TAX ID:**
 80–0650916

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **5/3/11**                     for Joint Debtor (if any) on **N/A**

Dated: 5/3/11

                                             George D. Prentice II
                                             Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]